IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KAREN L. CHAGNON,

       **Plaintiff,**

v.                               Case No. 1:18cv6-MW/GRJ

DR. FREEMAN, et al.,

       **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a court order." The Clerk shall close the file.

**SO ORDERED on March 17, 2018.**

                                            **s/Mark E. Walker**    
                                            **United States District Judge**